The Honorable Dean Brett

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ14-282DB |
| Plaintiff | MOTION TO DISMISS COMPLAINT |
| v. | |
| ALI MUHAMMAD BROWN, | |
| Defendant. | Noting Date: August 1, 2014 |

On July 8, 2014, a Complaint was filed in the Western District of Washington charging ALI MUHAMMAD BROWN with Unlawful Flight to Avoid Prosecution (UFAP), in violation of Title 18, United States Code, Section 1073.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and S. Kate Vaughan, Assistant United States Attorney for said District, hereby dismisses the Complaint against ALI MUHAMMAD BROWN.

The primary purpose of UFAP is to permit the Federal government to assist in the

MOTION TO DISMISS COMPLAINT/BROWN
*U.S. v. Ali Muhammad Brown,* MJ14-282DB- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

location and apprehension of fugitives from state justice.  ALI MUHAMMAD BROWN
was arrested in West Orange, New Jersey on Friday July 18, 2014.   He is the custody of
New Jersey state authorities.

Based on the foregoing, the government respectfully requests this Court dismiss the
Complaint against ALI MUHAMMAD BROWN.  A Proposed Order is attached to this
Motion.

DATED this 24nd day of July, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*/s/S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-7970
Fax:            (206) 553-0882
E-mail:        kate.vaughan@usdoj.gov

MOTION TO DISMISS COMPLAINT/BROWN
*U.S. v. Ali Muhammad Brown,* MJ14-282DB- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

s/SHONTRICE M. EATON
Shontrice M. Eaton
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2267
FAX:   (206) 553-2422
E-mail:  Shontrice.Eaton@usdoj.gov

MOTION TO DISMISS COMPLAINT/BROWN
*U.S. v. Ali Muhammad Brown,* MJ14-282DB- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970